92 A.3d 708

COMMONWEALTH of Pennsylvania, Respondent

v.

Joseph W. PILCHESKY, Petitioner.

Supreme Court of Pennsylvania.

May 23, 2014.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of May, 2014, Motion to Expedite, the Application for Leave to Submit Addendum and the Petition for Allowance of Appeal are hereby DENIED.